## D. A. ROQUEMORE V. L. L. ALLOWAY.

1. A note given in 1861 for a horse on which the purchaser designed to serve, and did serve in the rebel army, the destined use of the horse being known to the seller at the time, was an illegal contract; and such a contract could acquire no validity by transfer for value and before maturity to another person, however ignorant such other person might be of the illegality of the note.

ERROR from Rusk. Tried below before the Hon. J. B. Williamson.

The opinion clearly indicates the general character of the suit. It was proved beyond question that the note was given in April

1861, for a horse which the defendant was purchasing to serve on in the cavalry service of the Confederate army, and that the seller knew that fact at the time he sold the horse and took the note; but it was also clearly proved that no notice of that fact was communicated to the plaintiff, who took the note for value and before its maturity.

*W. W. Morris*, for plaintiff in error.

No brief for defendant in error.

WALKER, J.—An illegal contract can acquire no validity by transfer before or after maturity. The note sued on was given in aid of the rebellion. (See Story on Bills, § 193, 415, 1 Parsons on Contracts, 242; Kent's Commentaries, vol. 3, page 80.)

The judgment is reversed and cause dismissed, at the cost of the appellee.

[The judgment in this case was subsequently so reformed as to remand the cause, instead of dismissing it.—REPORTER.]